# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:10-00395-LKK
)
SEAN BLACKWELL_____ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum         ☐ Ad Testificandum.

Name of Detainee: **SEAN BLACKWELL**

Detained at (custodian): **California Correctional Center, Susanville**

Detainee is: a.) ☒ charged in this district by:
        ☒ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With: **21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine**

or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Todd D. Leras
Printed Name & Phone No: **TODD D. LERAS (916) 554-2918**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 22, 2011          /s/ Gregory G. Hollows
Date          United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | CDC # AF5184 | DOB: | 10/30/1986 |
| Facility Address: | 711-054 Center Road | Race: | |
| | Susanville, California 96127-0790 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | HS 113515.5 Possession For Sale Controlled Substance | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                                                               (Signature)