AO 455 (Rev. 10/95) Waiver of Indictment

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
___oOo___

FILED
APR - 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| SEAN BLACKWELL, | |
| | CASE NUMBER: S-10-0395 LKK |

I, SEAN BLACKWELL, the above named defendant, am accused by Indictment, filed on September 9, 2010, of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of Title 21, United States Code, Sections 846 and 841(a)(1). The government proposes to file a Superseding Information charging me with the crime of Use of a Telephone to Facilitate a Drug Trafficking Offense in violation of Title 21, United States Code, Section 843(b). Being advised of the nature of the charge, the proposed Superseding Information, and of my rights, I hereby waive in open court, on April 9, 2013, prosecution by Indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_____
SEAN BLACKWELL
*Defendant*

_____
SCOTT TEDMON
*Counsel for Defendant*

Before _____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE